RICKETTS ET AL. *v.* SANDIFER.

PLEADING.—*Complaint for Damages.*—*Trespass.*—A complaint for damages
resulting from an alleged injury must clearly charge the defendant with
the commission of the injury alleged.

From the Ohio Circuit Court.

*J. C. Ricketts*, for appellants.

*J. S. Jelley*, for appellee.

BIDDLE, J.—Complaint in the following words :

" The above named plaintiff, John Sandifer, complains
of said defendants, James C. Ricketts and Seyborn Ricketts,
and says that on the 3d day of December, 1877, at said
county of Ohio, assaulted and beat this plaintiff, whereby
he is damaged to the amount of five hundred dollars, and
for which sum he demands judgment."

A demurrer to the complaint, for the alleged want of
facts, was overruled. Subsequent proceedings were had,
which resulted in a verdict and judgment for the appellee,
from which the appellants appealed to this court.

The only assignment of error is, overruling the demurrer
to the complaint, and the only objection alleged against
the complaint is, that it does not show that the defendants
committed the assault and battery complained of. The
particular defect pointed out against it is that it omits
the words, " the said defendants," or the pronoun " they,"
immediately before the words, " assaulted and beat this
plaintiff."

By the authority of the case of *The Pittsburgh, Cincinnati
and St. Louis R. W. Co.* v. *Troxell,* 57 Ind. 247, and the
cases therein cited, and the case of *The Pittsburgh, Cincin-
nati and St. Louis R. W. Co.* v. *Hannon,* 60 Ind. 417, we
are constrained to hold the complaint in this case insuffi-
cient. For the grounds of this opinion, see those cases.

The judgment is reversed, at the costs of the appellee.
Cause remanded, with instructions to sustain the demurrer

to the complaint, grant leave to amend, and for further proceedings.